| | | |
|---|---|---|
| Michael K. Desmond | The Honorable: | JACQUELINE P. COX |
| Figliulo & Silverman | Chapter 7 | |
| 10 South La Salle St. 3600 | Location: | Courtroom 680 |
| Chicago, IL 60603 | Hearing Date: | 10/10/2013 |
| (312) 251-5287 | Hearing Time: | 09:30 |
| Chapter 7 Trustee Michael K. Desmond | Response Date: | 10/03/2013 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: KEZON, SUSAN C     §   Case No. 10-50514
                         §
                         §
Debtor(s)                §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that Michael K. Desmond, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 10/10/2013 in Courtroom 642, United States Courthouse,
219 S. Dearborn
Chicago, Il 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

    09/12/2013         By:  /s/ Michael K. Desmond
                                                        Trustee

Michael K. Desmond
10 South La Salle St. 3600
Chicago, IL  60603
(312) 251-5287
mkd.trustee@fslegal.com

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Michael K. Desmond | The Honorable: | JACQUELINE P. COX |
| Figliulo & Silverman | Chapter  7 | |
| 10 South La Salle St. 3600 | Location: | Courtroom 680 |
| Chicago, IL  60603 | Hearing Date: | 10/10/2013 |
| (312) 251-5287 | Hearing Time: | 09:30 |
| Chapter 7 Trustee Michael K. Desmond | Response Date: | 10/03/2013 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: KEZON, SUSAN C  §  Case No. 10-50514
§
§
Debtor(s)  §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $    200,000.00

*and approved disbursements of*  $    142,623.90

*leaving a balance on hand of*  [1]  $     57,376.10

**Balance on hand:**  $     57,376.10

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:  $          0.00
Remaining balance:  $     57,376.10

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Michael K. Desmond | 12,500.00 | 0.00 | 12,500.00 |

Total to be paid for chapter 7 administration expenses:  $     12,500.00
Remaining balance:  $     44,876.10

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 44,876.10 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,877.72 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Internal Revenue Service | 6,877.72 | 0.00 | 6,877.72 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 6,877.72 |
| Remaining balance: | $ | 37,998.38 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 70,138.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 54.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 8,483.12 | 0.00 | 4,595.85 |
| 2U | Internal Revenue Service | 17,453.12 | 0.00 | 9,455.47 |
| 3 | Chase Bank USA, N.A. | 1,376.98 | 0.00 | 746.00 |
| 4 | Capital One Bank (USA), N.A. | 4,475.78 | 0.00 | 2,424.82 |
| 5 | Capital One Bank (USA), N.A. | 6,693.24 | 0.00 | 3,626.16 |
| 6 | American Express Centurion Bank | 11,261.28 | 0.00 | 6,100.96 |
| 7 | PYOD LLC its successors and assigns as assignee of | 696.31 | 0.00 | 377.24 |
| 8 | PYOD LLC its successors and assigns as assignee of | 6,872.14 | 0.00 | 3,723.08 |
| 9 -2 | 1st Financial C/U | 6,048.60 | 0.00 | 3,276.91 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 10 | American Express Centurion Bank | 6,056.28 | 0.00 | 3,281.08 |
| 11 | Midland Funding LLC | 721.37 | 0.00 | 390.81 |

Total to be paid for timely general unsecured claims: $ 37,998.38
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/Michael K. Desmond
Trustee

Michael K. Desmond
10 South La Salle St. 3600
Chicago, IL 60603
(312) 251-5287
mkd.trustee@fslegal.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                      Case No. 10-50514-JPC
Susan C Kezon                                               Chapter 7
         Debtor            CERTIFICATE OF NOTICE
District/off: 0752-1          User: bchavez               Page 1 of 2                  Date Rcvd: Sep 13, 2013
                              Form ID: pdf006             Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2013.
db           #+Susan C Kezon,    3007 W Irving Park Rd,    2nd Floor,    Chicago, IL 60618-3513
16410791      +1st Financial C/U,   (fka AT&T Tele Fed CU),    Barrons Creditors Services,
                Corp. 155 Revere Dr, Ste 9,    Northbrook IL 60062-1558
16410778      +Advocate Good Shepherd Hospital,    PO Box 4248,   Carol Stream, IL 60197-4248
16410779      +American Express,    PO Box 0001,   Los Angeles, CA 90096-8000
17131277       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
16410782      +Capital One Bank,    PO Box 6492,   Carol Stream, IL 60197-6492
16410781      +Capital One Bank,    C/O Blatt Hasenmiller Leibsker & Moore,    125 S Wacker Dr, Ste 400,
                Chicago, IL 60606-4440
20311579       Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                Charlotte, NC 28272-1083
16410783      +Chase,   Cardmember Service,    PO Box 15325,   Wilmington, DE 19886-5325
17071974       Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
16410784      +Citi Cards,   PO Box 688901,    Des Moines, IA 50368-8901
16410785      +Client Services, Inc.,    3451 Harry Truman Blvd,    St Charles, MO 63301-9816
16410787      +Contract Callers Inc,    PO Box 212489,   Augusta, GA 30917-2489
16410790      +Dish Network,    Dept 0063,   Palatine, IL 60055-0001
16410792      +Firstsource Advantage LLC,    205 Bryant Woods South,    Amherst, NY 14228-3609
16410793      +Ford Credit,    PO Box 790093,   Saint Louis, MO 63179-0093
16410794      +Franklin Collection Service Inc,    PO Box 3910,   Tupelo, MS 38803-3910
16410776      +Kezon Susan C,    3007 W Irving Park Rd,   2nd Floor,    Chicago, IL 60618-3513
16410796      +Lake In The Hills Sanitary District,    515 Plum St,    Lake In The Hills, IL 60156-3399
16410797      +Law Offices Of James A. West, P.C.,    6380 Rogerdale Rd, Ste 130,    Houston, TX 77072-1647
16410798      +Medical Business Bureau,    PO Box 1219,   Park Ridge, IL 60068-7219
19927527       Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
                Miami, FL 33131-1605
16410805      +Provena St. Joseph Hospital,    75 Remittance Dr Ste 1174,    Chicago, IL 60675-1174
16410807      +Sears Credit Cards,    PO Box 183081,   Columbus, OH 43218-3081
16410806      +Sears Credit Cards,    PO Box 183082,   Columbus, OH 43218-3082
16410777      +Thomas W Drexler,    77 W Washington St Ste 1910,    Chicago, IL 60602-3176
16410808      +United Collection Bureau,    PO Box 140310,   Toledo, OH 43614-0310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16410780      +E-mail/Text: g17768@att.com Sep 14 2013 00:01:57     AT&T,   PO Box 8100,   Aurora, IL 60507-8100
17080375       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 14 2013 00:12:36      Capital One Bank (USA), N.A.,
                by American InfoSource LP as agent,    PO Box 248839,   Oklahoma City, OK 73124-8839
16410786      +E-mail/Text: legalcollections@comed.com Sep 14 2013 00:00:13     ComEd,   PO Box 6111,
                Carol Stream, IL 60197-6111
16410788      +E-mail/Text: clerical.department@yahoo.com Sep 14 2013 00:01:27     Creditors Collection,
                PO Box 63,   Kankakee, IL 60901-0063
16410789      +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 14 2013 00:11:19     Discover,   PO Box 6103,
                Carol Stream, IL 60197-6103
16972076       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 14 2013 00:11:19     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
17406295       E-mail/PDF: rmscedi@recoverycorp.com Sep 14 2013 00:12:21     GE Money Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
16410795      +E-mail/Text: cio.bncmail@irs.gov Sep 13 2013 23:54:04     Internal Revenue Service,
                P O Box 7346,   Philadelphia, PA 19101-7346
16410799      +E-mail/Text: mmrgbk@miramedrg.com Sep 14 2013 00:04:01     Miramed Revenue Group,
                991 Oak Creek Dr,    Lombard, IL 60148-6408
16410800      +E-mail/Text: mmrgbk@miramedrg.com Sep 14 2013 00:04:01     Miramed Revenue Group,   Dept 77304,
                PO Box 77000,    Detroit, MI 48277-2000
16410802      +E-mail/Text: bankruptcydepartment@ncogroup.com Sep 14 2013 00:04:48     NCO Financial Systems,
                PO Box 15889,   Wilmington, DE 19850-5889
16410801      +E-mail/Text: bankruptcydepartment@ncogroup.com Sep 14 2013 00:04:48     NCO Financial Systems,
                PO Box 4906, Dept 64,    Trenton, NJ 08650-4906
16410803      +E-mail/Text: bankrup@aglresources.com Sep 13 2013 23:56:48     Nicor Gas,   PO Box 0632,
                Aurora, IL 60507-0632
17156260      +E-mail/Text: resurgentbknotifications@resurgent.com Sep 13 2013 23:56:43
                PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
                c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
16410804      +E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2013 00:09:15     Paypal Buyer Credit,   GEMB,
                PO Box 960080,   Orlando, FL 32896-0080
19927528       E-mail/PDF: rmscedi@recoverycorp.com Sep 14 2013 00:07:23
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
16410809      +E-mail/Text: bnc@ursi.com Sep 14 2013 00:02:07     United Recovery Systems LP,   PO Box 722929,
                Houston, TX 77272-2929
                                                                                              TOTAL: 17
```

```
District/off: 0752-1           User: bchavez              Page 2 of 2                  Date Rcvd: Sep 13, 2013
                               Form ID: pdf006           Total Noticed: 44
```

```
          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17176699*     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20311613*     Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,     PO Box 71083,
               Charlotte, NC   28272-1083
                                                                                             TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2013 at the address(es) listed below:
              Michael K Desmond    mkd.trustee@fslegal.com,   IL23@ecfcbis.com
              Michael K Desmond     on behalf of Trustee Michael K Desmond mkd.trustee@fslegal.com,
               IL23@ecfcbis.com
              Michael L Sherman    on behalf of Creditor    Ford Motor Credit Company LLC shermlaw1@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas W Drexler    on behalf of Debtor Susan C Kezon td@drexlaw.com,   drexler321@gmail.com
                                                                                             TOTAL: 5
```