Michael K. Desmond
Figliulo & Silverman
10 South La Salle St. 3600
Chicago, IL  60603
(312) 251-5287
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: KEZON, SUSAN C　　　　　　　　　　§　Case No. 10-50514
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　§

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

    Michael K. Desmond, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $14,900.00　　　　　　　　　Assets Exempt: $19,300.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $102,901.58　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　　Without Payment: $83,354.90

Total Expenses of Administration: $82,098.42

---

    3)  Total gross receipts of $  200,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $  15,000.00 (see **Exhibit 2**), yielded net receipts of $185,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $19,957.77 | $58,025.48 | $58,025.48 | $58,025.48 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 82,098.42 | 82,098.42 | 82,098.42 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 24,000.00 | 6,877.72 | 6,877.72 | 6,877.72 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 90,771.50 | 76,186.82 | 70,138.22 | 37,998.38 |
| **TOTAL DISBURSEMENTS** | $134,729.27 | $223,188.44 | $217,139.84 | $185,000.00 |

4) This case was originally filed under Chapter 7 on November 11, 2010. The case was pending for 46 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/29/2014          By: /s/Michael K. Desmond
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury suit arising out of automobile a | 1129-000 | 200,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$200,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| KEZON, SUSAN C | Payment of Exemption | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Ford Credit | 4110-000 | 19,957.77 | N/A | N/A | 0.00 |
| | Lake Cook Orthopedic Associates | 4220-000 | N/A | 9,805.72 | 9,805.72 | 9,805.72 |
| | Advocate Good Shepard Hospital | 4220-000 | N/A | 30,898.12 | 30,898.12 | 30,898.12 |
| | State Farm Mutual Insurance Company | 4220-000 | N/A | 16,000.00 | 16,000.00 | 16,000.00 |
| | Blue Cross Blue Sheild of Illinois | 4220-000 | N/A | 1,321.64 | 1,321.64 | 1,321.64 |
| **TOTAL SECURED CLAIMS** | | | **$19,957.77** | **$58,025.48** | **$58,025.48** | **$58,025.48** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Michael K. Desmond | 2100-000 | N/A | 12,500.00 | 12,500.00 | 12,500.00 |
| Dicker & Dicker | 3210-600 | N/A | 68,158.94 | 68,158.94 | 68,158.94 |
| The Bank of New York Mellon | 2600-000 | N/A | 363.71 | 363.71 | 363.71 |
| The Bank of New York Mellon | 2600-000 | N/A | 193.24 | 193.24 | 193.24 |
| The Bank of New York Mellon | 2600-000 | N/A | 150.99 | 150.99 | 150.99 |
| The Bank of New York Mellon | 2600-000 | N/A | 119.07 | 119.07 | 119.07 |
| The Bank of New York Mellon | 2600-000 | N/A | 114.86 | 114.86 | 114.86 |
| Rabobank, N.A. | 2600-000 | N/A | 88.77 | 88.77 | 88.77 |
| Rabobank, N.A. | 2600-000 | N/A | 77.57 | 77.57 | 77.57 |
| Rabobank, N.A. | 2600-000 | N/A | 80.23 | 80.23 | 80.23 |
| Rabobank, N.A. | 2600-000 | N/A | 88.41 | 88.41 | 88.41 |
| Rabobank, N.A. | 2600-000 | N/A | 85.51 | 85.51 | 85.51 |
| Rabobank, N.A. | 2600-000 | N/A | 77.12 | 77.12 | 77.12 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $82,098.42 | $82,098.42 | $82,098.42 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Internal Revenue Service | 5800-000 | 24,000.00 | 6,877.72 | 6,877.72 | 6,877.72 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $24,000.00 | $6,877.72 | $6,877.72 | $6,877.72 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 8,483.12 | 8,483.12 | 8,483.12 | 4,595.85 |
| 2U | Internal Revenue Service | 7100-000 | N/A | 17,453.12 | 17,453.12 | 9,455.47 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 1,351.98 | 1,376.98 | 1,376.98 | 746.00 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 4,299.28 | 4,475.78 | 4,475.78 | 2,424.82 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | 5,922.16 | 6,693.24 | 6,693.24 | 3,626.16 |
| 6 | American Express Centurion Bank | 7100-000 | 11,261.28 | 11,261.28 | 11,261.28 | 6,100.96 |
| 7 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 645.11 | 696.31 | 696.31 | 377.24 |
| 8 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 6,872.14 | 6,872.14 | 6,872.14 | 3,723.08 |
| 9 | 1st Financial C/U | 7100-000 | unknown | 6,048.60 | 0.00 | 0.00 |
| 9 -2 | 1st Financial C/U | 7100-000 | N/A | 6,048.60 | 6,048.60 | 3,276.91 |
| 10 | American Express Centurion Bank | 7100-000 | N/A | 6,056.28 | 6,056.28 | 3,281.08 |
| 11 | Midland Funding LLC | 7100-000 | 721.37 | 721.37 | 721.37 | 390.81 |
| NOTFILED | Contract Callers Inc | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Creditors Collection | 7100-000 | 2,039.00 | N/A | N/A | 0.00 |
| NOTFILED | United Collection Bureau | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | United Recovery Systems LP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Dish Network | 7100-000 | 179.81 | N/A | N/A | 0.00 |
| NOTFILED | Client Services, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 477.19 | N/A | N/A | 0.00 |
| NOTFILED | Medical Business Bureau | 7100-000 | 217.00 | N/A | N/A | 0.00 |
| NOTFILED | Miramed Revenue Group | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | NCO Financial Systems | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sears Credit Cards | 7100-000 | 4,102.26 | N/A | N/A | 0.00 |
| NOTFILED | Provena St. Joseph Hospital | 7100-000 | 2,039.30 | N/A | N/A | 0.00 |
| NOTFILED | NCO Financial Systems | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Law Offices Of James A. West, P.C. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 615.69 | N/A | N/A | 0.00 |
| NOTFILED | Miramed Revenue Group | 7100-000 | 846.00 | N/A | N/A | 0.00 |
| NOTFILED | Lake In The Hills Sanitary District | 7100-000 | 159.17 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 82.39 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Capital One Bank C/O Blatt Hasenmiller Leibsker & Moore | 7100-000 | 6,126.00 | N/A | N/A | 0.00 |
| NOTFILED | Firstsource Advantage LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Advocate Good Shepherd Hospital | 7100-000 | 770.00 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Good Shepherd Hospital | 7100-000 | 2,157.25 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Good Shepherd Hospital | 7100-000 | 31,404.00 | N/A | N/A | 0.00 |
| NOTFILED | Franklin Collection Service Inc | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$90,771.50** | **$76,186.82** | **$70,138.22** | **$37,998.38** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-50514  
**Case Name:** KEZON, SUSAN C

**Period Ending:** 08/29/14

**Trustee:** (330623) Michael K. Desmond  
**Filed (f) or Converted (c):** 11/11/10 (f)  
**§341(a) Meeting Date:** 01/14/11  
**Claims Bar Date:** 06/14/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 Cash<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 2 Harris Bank checking account certificates of dep<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 Usual complement of household goods audio, video<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 4 Usual complement of woman's clothing<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 350.00 | 0.00 | | 0.00 | FA |
| 5 State Farm term life insurance insurance company<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 6 2009 Ford Escape<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 13,000.00 | 0.00 | | 0.00 | FA |
| 7 Personal injury suit arising out of automobile a<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 5,000.00 | | 200,000.00 | FA |
| 7 Assets  Totals (Excluding unknown values) | **$14,900.00** | **$5,000.00** | | **$200,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Hired special counsel for PI case.

**Initial Projected Date Of Final Report (TFR):** December 31, 2014     **Current Projected Date Of Final Report (TFR):** July 24, 2013 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-50514  
**Case Name:** KEZON, SUSAN C  

**Taxpayer ID #:** **-***5363  
**Period Ending:** 08/29/14  

**Trustee:** Michael K. Desmond (330623)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******84-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/02/12 | {7} | American Family Insurance | Proceeds on Settlement of Personal Injury claim | 1129-000 | 200,000.00 | | 200,000.00 |
| 08/23/12 | 101 | Dicker & Dicker | Attorney's Fees and Expenses | 3210-600 | | 68,158.94 | 131,841.06 |
| 08/23/12 | 102 | Lake Cook Orthopedic Associates | Physicians Lien - Susan Kezon | 4220-000 | | 9,805.72 | 122,035.34 |
| 08/23/12 | 103 | Advocate Good Shepard Hospital | Susan Kezon Acct# 615481082, 615458858, 615011269 | 4220-000 | | 30,898.12 | 91,137.22 |
| 08/23/12 | 104 | State Farm Mutual Insurance Company | Medical lien - Susan Kezon Claim No. 00-561308574 | 4220-000 | | 16,000.00 | 75,137.22 |
| 08/23/12 | 105 | Blue Cross Blue Sheild of Illinois | Susan Kezon Event ID 515369 | 4220-000 | | 1,321.64 | 73,815.58 |
| 08/23/12 | 106 | KEZON, SUSAN C | Payment of Exemption | 8100-002 | | 15,000.00 | 58,815.58 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 363.71 | 58,451.87 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 193.24 | 58,258.63 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 150.99 | 58,107.64 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 119.07 | 57,988.57 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 114.86 | 57,873.71 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033062388 20130103 | 9999-000 | | 57,873.71 | 0.00 |

| | | | | ACCOUNT TOTALS | 200,000.00 | 200,000.00 | $0.00 |
| | | | | Less: Bank Transfers | 0.00 | 57,873.71 | |
| | | | | **Subtotal** | 200,000.00 | 142,126.29 | |
| | | | | Less: Payments to Debtors | | 15,000.00 | |
| | | | | **NET Receipts / Disbursements** | **$200,000.00** | **$127,126.29** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-50514 | | Trustee: | Michael K. Desmond (330623) |
| Case Name: | KEZON, SUSAN C | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7866 - Checking Account |
| Taxpayer ID #: | **-***5363 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/29/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 57,873.71 | | 57,873.71 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.77 | 57,784.94 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.57 | 57,707.37 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.23 | 57,627.14 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.41 | 57,538.73 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.51 | 57,453.22 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.12 | 57,376.10 |
| 10/21/13 | 10107 | Discover Bank | | 7100-000 | | 4,595.85 | 52,780.25 |
| 10/21/13 | 10108 | Internal Revenue Service | | 5800-000 | | 6,877.72 | 45,902.53 |
| 10/21/13 | 10109 | Internal Revenue Service | | 7100-000 | | 9,455.47 | 36,447.06 |
| 10/21/13 | 10110 | Chase Bank USA, N.A. | | 7100-000 | | 746.00 | 35,701.06 |
| 10/21/13 | 10111 | Capital One Bank (USA), N.A. | | 7100-000 | | 2,424.82 | 33,276.24 |
| 10/21/13 | 10112 | Capital One Bank (USA), N.A. | | 7100-000 | | 3,626.16 | 29,650.08 |
| 10/21/13 | 10113 | American Express Centurion Bank | | 7100-000 | | 6,100.96 | 23,549.12 |
| 10/21/13 | 10114 | PYOD LLC its successors and assigns as assignee of | | 7100-000 | | 377.24 | 23,171.88 |
| 10/21/13 | 10115 | PYOD LLC its successors and assigns as assignee of | | 7100-000 | | 3,723.08 | 19,448.80 |
| 10/21/13 | 10116 | 1st Financial C/U | | 7100-000 | | 3,276.91 | 16,171.89 |
| 10/21/13 | 10117 | American Express Centurion Bank | | 7100-000 | | 3,281.08 | 12,890.81 |
| 10/21/13 | 10118 | Midland Funding LLC | | 7100-000 | | 390.81 | 12,500.00 |
| 10/21/13 | 10119 | Figliulo & Silverman, P.C. | | 2100-000 | | 12,500.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 57,873.71 | 57,873.71 | $0.00 |
| | | | Less: Bank Transfers | | 57,873.71 | 0.00 | |
| | | | Subtotal | | 0.00 | 57,873.71 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $57,873.71 | |

{} Asset reference(s)    Printed: 08/29/2014 12:16 PM    V.13.18

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-50514 | **Trustee:** Michael K. Desmond (330623) |
| **Case Name:** KEZON, SUSAN C | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******7866 - Checking Account |
| **Taxpayer ID #:** **-***5363 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 08/29/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****-******84-66** | 200,000.00 | 127,126.29 | 0.00 |
| **Checking # ******7866** | 0.00 | 57,873.71 | 0.00 |
| | $200,000.00 | $185,000.00 | $0.00 |

{} Asset reference(s)                                                                                          Printed: 08/29/2014 12:16 PM    V.13.18